IT IS FURTHER ORDERED by the court that the orders of January 20, 2000, and April 5, 2002, are hereby vacated, and these matters are dismissed.

In re Report of the Commission on Continuing Legal Education.

Barry Allan Schwartz ( # 0016336), Respondent.

ENTRY

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1991–1992 reporting period.

On May 9, 1994, pursuant to Gov.Bar R. X(6)(B)(3), this court entered an order adopting the recommendation of the commission found in its report regarding the 1991–1992 reporting period suspending the respondent from the practice of law and imposing a fee sanction upon the respondent.

On April 10, 2003, the commission filed a motion to vacate, requesting that the order of May 9, 1994, pertaining to the suspension and monetary sanction of the above-named respondent, be vacated. Upon consideration thereof,

IT IS ORDERED by the court that the motion to vacate be, and is hereby, granted.

[Cite as *05/07/2003 Case Announcements # 3,* 2003-Ohio-2285.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 7, 2003*

## MOTION AND PROCEDURAL RULINGS

**1991–2137.   State v. Campbell.**
Hamilton App. No. C-890330. Upon consideration of appellant's motion to stay execution and recall mandate and appellant's motion for stay of execution scheduled for May 14, 2003, pending litigation of appellant's motion for new trial,

IT IS ORDERED by the court that the motion to stay execution and recall the mandate be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that the motion for stay of execution scheduled for May

14, 2003, pending litigation of appellant's motion for new trial be, and hereby is, granted, and a limited stay of execution be, and hereby is, granted.

RESNICK, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

IT IS HEREBY ORDERED by this court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Friday, the 27th day of June, 2003, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.